1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GREGORY ACKERS,

               Plaintiff,

        v.

VOLKSWAGEN GROUP OF AMERICA,
INC. and AUDI OF AMERICA, LLC,

               Defendants.

) Case No. 2:16-cv-01942-JAM-
) CKD PS
)
) **ORDER STAYING**
) **PROCEEDINGS PENDING**
) **TRANSFER TO MDL 2672**
) _____
)
)
)
)
)
)

On August 24, 2016, Defendants Volkswagen Group of America, Inc. ("VWGoA") and Audi of America, LLP ("Audi") (together, "Defendants") moved *ex parte* for an order staying all proceedings in the instant action pending a determination by the Judicial Panel on Multidistrict Litigation (the "JPML") concerning the transfer of this action to *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation* (MDL No. 2672), No. 3:15-md-02672-CRB ( "MDL 2672"), which is currently pending before the Honorable Charles R. Breyer in the United States District Court for the Northern District of California.

The Court, upon a finding of good cause, orders as follows:

**IT IS ORDERED** that Defendants' *ex parte* motion is GRANTED.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS FURTHER ORDERED** that further proceedings in this case are hereby stayed, including any obligation of Defendants in this action to respond to Plaintiffs' Complaint, pending the JPML's determination regarding the transfer of this action to MDL 2672 or further order of the Court.

Dated:  August 26, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SULLIVAN & CROMWELL LLP

[PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL 2672
CASE NO. 2:16-CV-01942-JAM-CKD